# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KARL M. SAIONZ & JOANNE SAIONZ  Case Number: 05-71322
706 BIG SKY  SSN-xxx-xx-4445 & xxx-xx-7243
CARY, IL  60013

Case filed on: 3/23/2005
Plan Confirmed on: 5/27/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $88,800.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 013 | HARRIS & HARRIS, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 226 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 31,399.30 | 31,399.30 | 31,399.30 | 2,030.70 |
| 003 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 31,399.30 | 31,399.30 | 31,399.30 | 2,030.70 |
| 999 | KARL M. SAIONZ | 0.00 | 0.00 | 771.47 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 771.47 | 0.00 |
| 001 | GENERAL MOTORS ACCEPTANCE CORP | 25,689.11 | 0.00 | 0.00 | 0.00 |
| 025 | ROBERT WALSH | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 25,689.11 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 1,482.30 | 1,482.30 | 1,482.30 | 96.12 |
| 006 | CONNIE HALACHOULAS | 7,000.00 | 7,000.00 | 7,000.00 | 497.08 |
| 007 | DENNIS & PAT WERNER | 3,000.00 | 3,000.00 | 3,000.00 | 212.04 |
| 008 | EZ CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | EZ CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FAST CASH ADVANCE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | GOOD SHEPARD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROUNDUP FUNDING LLC | 1,770.01 | 1,770.01 | 1,770.01 | 125.11 |
| 015 | JEFF SAIONZ | 6,900.00 | 6,900.00 | 6,900.00 | 487.70 |
| 016 | LEN STRAUCH | 3,600.00 | 3,600.00 | 3,600.00 | 254.45 |
| 017 | MARTIN SAIONZ | 3,827.13 | 3,827.13 | 3,827.13 | 270.55 |
| 018 | NANCY OSTROM | 14,628.00 | 14,628.00 | 14,628.00 | 1,033.95 |
| 019 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SHORT TERM LOANS LLC | 691.00 | 691.00 | 691.00 | 48.79 |
| 021 | SHORT TERM LOANS LLC | 525.00 | 525.00 | 525.00 | 37.01 |
| 022 | SONIC CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SONIC CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | UNITED CASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CONNIE HALACHOULAS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 43,423.44 | 43,423.44 | 43,423.44 | 3,062.80 |
|  | Grand Total: | 103,211.85 | 77,522.74 | 78,294.21 | 5,093.50 |

Total Paid Claimant: $83,387.71
Trustee Allowance: $5,412.29
Percent Paid Unsecured: 100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008                By  /s/Heather M. Fagan